6:21-cv-3264-

Dear Clerk of the court,

I'd like to submit this new complaint to the court to change the course of the current event's,

I'm curently filing this complaint in regards to Case # 4:2020-cv-00640, which I submited to The federal court's, However I'd like to pointout to the court's this case is not to be taken lightly for it is interlinking between multiple complaint's addressed to the court's & it's agencies that are associated, yet not limited Just tee,

Thus I am requesting a privet & or better known as a silent trial as defined by Case law,
[Richmond News papers, inc. V Virginia, 448 U.S. 555 (1980)]

On August 12th 2020 I entered case No# 4:2020-cv-00640 in regards to unfair & molishes inhuman treatment turgeted against me, However I attempted to share my knowlidge in the law to bring equity under the right's permited & plotected by the united states constitution & the decleration of independence, As is stated;
  "All men are created equal".

Thus since I've shared Legal content's + other in deep contents above others understanding on my Twitter account Mason Gorrett or (@MasonGa75204655), along with my Facebook account's connected to masonGorrer+36@gmail.com + mason.gorrgall@gmail.com it is by ploximate cause as defined in case [Palsgraf V. Long Island Railroad Co. 248 N.y. 339 162 N.E. 99 (1928)] which explains;

That the act's of someone doing something their not supossed too, or, if someone isn't doing something their supossed too, which effects you Negativly, then They are responcable by a ploxy for the Negligence to act plior to the cause + effect,

Such as by releasing all this Legal content I was making other's dependent on myself as the Source of the contents,

which is now a conflict of interest in the presentation of what I was attempting to achive,

Thus bringing me to The conclusory based on the evidentiary exhibits presented on my social media pages, (As stated above) That any one who has used the Legal content's I brought Forth + presented it in a legal any Legal argument without the Attorney of record's consent (myself) That it is an infringment on Case NO. 4:2020-CV-00640,

by the unauthorized use of copyrighted or patented material as all the contents presented on my social media pages are also linked into my pro-se legal exhibits & complaints to the Federal Court's & associated agencies.

Thus making everything presented on my social media pages are patented by legal litigation,

Which is defined to engage in lawsuits or legal maneuvers esp. to an excessive degree.

Further more making this relevant evidence in the contents of proving or disproving the issue of fact that I'm presenting, as in primarly case No. 4:2020-cv-00640,

For which I am the soul delegate Attorney of record as a pro-se representative, that isn't bound by any contract of another & furthur more suported by the Federal Court rule's

which directs certain requirements in changing the representation of whom is the Attorney of record (my self),

(1) of these requirements is that the current representing Attorney of record (being my self in this case) must be present in person to the court's & sign the documents in front of the clerk of the court,

(However I did not do this, but it does bring up relevant evidence of occuring events at around that time)

(1) During my time transporting Mitchell Gollett back & forth to work & staying in the motel's he stated, & I qoute; That I (Mitchell Gollett) signed over representation to another & The Federal Court's allowed me (Mitchell Gollett), "without my consent" ← Moscn's

(2) Alex Clevenger stated & I qoute; That I (Alex Clevenger) Am a reptilian.
She Also stated That & I qoute; I (Alex Clevenger) Sold your case,
She Then went on & spoke about gaccie man, whom if Im not mistaken was at one point known & linked in supporting Donald Trump,
This would be a conflict of interest in the litigation to what I've presented in multiple legal complaints entered into the courts. (To Later be Found Fact)

(3) Mitchelle Gollett would wake me up in my sleep by throwing a lighter at my face saying I was associating with the enemy. He was speaking about God & The spiritual being's who were sent to protect me, (Note) Trump stated The enemy is invisable,

(4) Leading cercumstances that brought up August 10th 2020 & The emotional distress that followed as well as reaching out to the military personel & other federal & legal agencies.

(5) Alex Clevenger's room mate is Gary Shenson & The Alleged Plaintiff in case No. 1516-CV07365 under Div. 60 is no other then Gregory Johnson,

Now tell me that's not a conflict of intrest.

Thus going back to the, [establishment of a white house faith & oppertunity intitive] That I brought forth in case No. 21-0386-CV-W-BP-P, These act's I bring forth repeditivly to the Courts are not frivolus, yet an attempt to address malisus & prejudice act's ugiust me for challenging the treechey we've grown accustomed too. As stated in the decleration of independence, experience hath shown, That Mankind are more disposed to suffer, while evil's are Sufferable, Then to right them self's by abolishing the form's to which they are accustomed.

Yet I tried to over come my issues & bring forth my claim's to the Courts Repeditively & well repeditivly I've been denied any form of retrabution, except herassment until I fell victom to my own temptaticn, to which you've felled me into.

<u>Attorney</u> of record
Mason Shrutt - (pro-se)